UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS FLORES,<br><br>    Petitioner,<br><br>  v.<br><br>B. CURRY, Warden,<br><br>    Respondent.<br>_____ | No. C 07-4846 JSW (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner has filed a notice of appeal following the Court's August 18, 2009 order denying on the merits his petition for a writ of habeas corpus.

A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED.**

DATED: November 1, 2010

                                              _____
                                              JEFFREY S. WHITE
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS FLORES,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-01596 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Flores
J03392
P.O. Box 689
Soledad, CA 93960

Dated: November 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk